IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Docket No.: 5:08-CR-297-BO-2

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) ORDER ALLOWING FILING OF |
| JAMES ALBERT PERRY, JR., | ) DOCUMENTS UNDER SEAL |
| | ) |
| Defendant. | ) |

THIS matter coming to be heard upon Motion of Defendant, and this Court finding good cause for granting the relief requested;

THEREFORE it is Ordered that the Defendant's Motion to Postpone Reporting Date and accompanying exhibit is hereby allowed to be filed under seal until such time as they are ordered unsealed by this Court.

The clerk is authorized to serve a copy of these documents upon counsel for the Government and Defendant.

This the 6 day of July, 2010.

Honorable Terrance W. Boyle
United States District Judge